# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICHARD ALAN DAVIS**  PETITIONER
ADC #89568

v.  CASE NO. 5:17-CV-00305 BSM

**WENDY KELLEY, Director**
Arkansas Department of Correction  RESPONDENT

## ORDER

The recommended disposition [Doc. No. 10] submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, Davis's petition is dismissed with prejudice, all requested relief is denied, and judgment is entered for respondent Kelley. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, a certificate of appealability is denied.

IT IS SO ORDERED this 23rd day of March 2018.

_____
UNITED STATES DISTRICT JUDGE